[No. 12666-8-III.     Division Three.     June 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAY MCBRIDE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-1-01166-3, Michael E. Donohue, J., entered August 11, 1992. *Affirmed* by unpublished opinion per

Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.